UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

VERONICA LEE KELLEY,

    Plaintiff,

v.                                                         No. 1:21-cv-00012-KWR-GJF

KILOLO KIJAKAZI,
*Acting Commissioner of the*
*Social Security Administration*,

    Defendant.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    Magistrate Judge Gregory J. Fouratt filed his Proposed Findings and Recommended Disposition ("PFRD") on January 25, 2022, in which he recommended that the decision of the Administrative Law Judge be affirmed. ECF 25. The PFRD notified the parties of their ability to file objections no later than February 8, 2022 (fourteen days after filing of the PFRD), and that failure to do so waived appellate review. As neither party filed any objections by that date, the Court concludes that appellate review has been waived.

    **IT IS THEREFORE ORDERED** that**:**

1. The Magistrate Judge's PFRD [ECF 25] is **ADOPTED**;

2. Plaintiff's Motion to Remand [ECF 18] is **DENIED**; and

3. A final order is entered concurrently herewith **DISMISSING THIS CASE WITH PREJUDICE**.

    **IT IS SO ORDERED.**

                                                                      _____
                                                                      **KEA W. RIGGS**
                                                                 **UNITED STATES DISTRICT JUDGE**